# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERICAN TITLE SERVICES COMPANY | ) ) | Case No. 14-12894 SBB |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JOHN C. SMILEY, as Chapter 7 Trustee | ) | Adversary No.15-01091 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CHERYL L. TALLEY f/k/a Cheryl L. Drach individually and in her capacity as personal representative for the Estate of Richard M. Talley, deceased; ESTATE OF RICHARD M. TALLEY, by and through Cheryl L. Talley, personal representative; PATRICK J. TALLEY, and JILLIAN TALLEY | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 4/1/2015 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: May 1, 2015          BY THE COURT:

_____
United States Bankruptcy Court Judge