IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AMERICAN TITLE SERVICES | ) | Case No. 14-12894-SBB |
| COMPANY, | ) | Chapter 7 |
| EIN: 84-1586063 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| JOHN C. SMILEY, as Chapter 7 | ) | Adversary No. 15-01091-SBB |
| Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHERYL L. TALLEY f/k/a Cheryl L. | ) | |
| Drach, individually and in her capacity | ) | |
| as personal representative for the | ) | |
| Estate of Richard M. Talley, deceased; | ) | |
| ESTATE OF RICHARD M. TALLEY, | ) | |
| by and through Cheryl L. Talley, | ) | |
| personal representative; | ) | |
| PATRICK J. TALLEY, AND | ) | |
| JILLIAN TALLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO TRUSTEE'S RESPONSE TO MOTION FOR ENTRY OF ORDER WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDING FROM THE BANKRUPTCY COURT TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO**

THIS MATTER having come before the Court on the Unopposed Motion for Extension of Time to File Reply to Trustee's Response to Motion for Entry of Order Withdrawing the Reference of Adversary Proceeding From the Bankruptcy Court to the U.S. District Court for the District of Colorado ("Motion for Extension") filed by Defendants, Cheryl L. Talley, Patrick J.

Talley, and Jillian Talley (the "Talley Defendants"), cause being shown to the Court for the granting of the requested relief, it is hereby,

ORDERED

That the Motion for Extension is granted and the Talley Defendants, as Movants, shall have through and including May 1, 2015, to file a reply to any objections or responses to the Motion for Entry of Order Withdrawing the Reference.

DONE and entered this 17th day of April, 2015 at Denver, Colorado.

*Sid Brooks*

Judge Sidney B. Brooks
U.S. Bankruptcy Court Judge